UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN DAVID SMITH JR., | Case No.: 2:23-cv-01465-CDS-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA, | |
| Defendant. | |

On March 12, 2024, the Court ordered Plaintiff to either make the necessary arrangements to pay the filing fee or file a complete application to proceed *in forma pauperis*. Docket No. 3. The Court's order was returned as undeliverable, noting that Plaintiff was not in custody. Docket No. 4 at 1. Plaintiff has not filed his updated address with the Court. Nevada Local Rule IA 3-1 instructs that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Failure to comply with this rule "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

Accordingly, Plaintiff is hereby **ORDERED** to file his updated address with the Court no later than **April 22, 2024.** FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE.

IT IS SO ORDERED.

Dated: March 25, 2024

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE